AO 93 (Rev. 5/85) Search Warrant

# United States District Court

## DISTRICT OF DELAWARE

In the Matter of the Search of
(Name, address or brief description of person or premises to be searched)

**SEARCH WARRANT**

The person and body of
TONY L. CLARK
Black Male, Date of Birth       /82
Currently in federal custody

07-44 M -

REDACTED

TO: SA Patrick Fyock, ATF, and any assisting law enforcement officer of the United States, and any assisting state and local police officers.

Affidavit(s) having been made before me by <u>SA Patrick Fyock, ATF</u> who has reason to believe that <u>X</u> on the person of or ____ on the premises known as (name, description and/or location):

See Attachment A, which is incorporated herein by reference,

in the _____ District of _____ Delaware _____ there is now concealed a certain person or property, namely (describe the person or property):

See Attachment B, which is incorporated herein by reference.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ____March 19, 2007____
                                                              Date

(not to exceed 10 days) the place named above for the property specified, and serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), and if the property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to <u>United States Magistrate Judge Mary Pat Thynge</u> as required by law.

March 9, 2007,    9:50 A.M.                at        Wilmington, Delaware
**Date and Time**                                    **City and State**

Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware                                 _____[signature]_____
**Name and Title of Judicial Officer**               **Signature of Judicial Officer**

AO 93 (Rev. 5/85) Search Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| MARCH 9, 2007 | MARCH 15, 2007  9:00 AM | |

**INVENTORY MADE IN THE PRESENCE OF**

S/A DARDELLA

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

2 PURPLE TOP BLOOD TUBES CONTAINING BLOOD SAMPLE OF TONY CLARK

PWF

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

S/A _____

Subscribed, sworn to, and returned before me this date.

_____   3/15/07
U.S. Judge or Magistrate          Date

ATTACHMENT A

DESCRIPTION OF THE PERSON AND BODY OF TONY L. CLARK

    Tony L. Clark is a black male, whose date of birth is            1982, who has been issued Social Security Number       7584 and who has been assigned SBI number 00306445. Mr. Clark currently is in federal custody, having been detained pending trial.

ATTACHMENT B

An adequate sample of hair, blood, saliva, and other body fluid sufficient to provide a quantity of deozyribonucleic acid ("DNA") that could be submitted to a forensic laboratory and possibly matched by forensic DNA testing, typing, and analysis with one or more samples of human DNA. Blood and other internal body fluid will be taken by a licensed doctor, nurse, or other qualified medical practitioner under sanitary conditions and according to accepted medical practices. Hair and saliva evidence will be taken by a Special Agent or ATF technician using generally accepted forensic evidence collection methods.